IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

v.                                **No. CV 16-0499 JB/LAM**
                                    **No. CR 07-1164 JB**

**ROBERT LESTER HAMMONS,**

    **Defendant/Movant.**

**ORDER DIRECTING THE PARTIES TO CONFER
AND FILE A JOINT STATEMENT IN LIGHT OF *BECKLES***

**THIS MATTER** is before the Court *sua sponte* under Rule 4 of the Rules Governing Section 2255 Proceedings in light of the U.S. Supreme Court's ruling in *Beckles v. United States,* 580 U.S. ___, No. 15-8544, slip op (March 6, 2017).  Defendant/Movant has filed a motion pursuant to 28 U.S.C. § 2255 claiming that he improperly received an enhanced sentence as a career offender under the United States Sentencing Guidelines because the residual clauses of USSG §§ 2L1.2 and 4B1.2 is unconstitutionally vague under the reasoning in *Johnson v. United States,* 576 U.S. ___, 135 S.Ct. 2551 (2015).  *See* (*CV Doc. 1, 6; CR Doc. 114*).  In *Beckles*, the Supreme Court held that the United States Sentencing Guidelines are not subject to a void-for-vagueness challenge.  580 U.S. ___, No. 15-8544, slip op at 5.

The Court directs the parties to confer on the question of whether the Supreme Court's ruling in *Beckles* is dispositive of all issues raised in this § 2255 proceeding, and to file a joint statement advising the Court of the results of their conference.  If either party contends that *Beckles* does not dispose of all issues, the statement shall identify the issue or issues that remain

for determination by the Court after *Beckles* and the party raising the remaining issue or issues. The parties shall confer and file the joint statement **within fourteen days of entry of this Order**. **If neither party claims that any issues remain for adjudication following *Beckles*, the Court will enter an Order dismissing this § 2255 proceeding.** If the parties contend that issues still remain for determination, the Court will enter an order setting a schedule for supplemental briefing.

**IT IS THEREFORE ORDERED** that the parties shall confer on the question of whether the Supreme Court's ruling in *Beckles* is dispositive of all issues raised in this § 2255 proceeding, and shall file a joint statement advising the Court of the results of their conference **within fourteen (14) days of entry of this Order**.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**